**EXHIBIT B**

# **I N D E X**

| PRODUCT INFORMATION | |
|---|:---:|
| *Document* | *Page No.* |
| Photograph of Panda Frosted Mug, Red, evidence no. DCZOO-FC280.1.2 | 1 |
| Product and Investigation Summary for evidence no. DCZOO-FC280.1.2 | 2 |
| Photographs of the front, back, sides, top and bottom of the Panda Frosted Mug, Red, evidence no. DCZOO-FC280.1.2 | 3 |
| Sales receipt from the Bookstore at the Smithsonian National Zoological Park dated October 27, 2005 | 4 |
| Sales receipt from the National Zoo Store Online at the Smithsonian National Zoological Park dated February 19, 2006 | 4 |
| Sales receipt from the Bookstore at the Smithsonian National Zoological Park dated February 25, 2006 | 4 |
| **TESTING DOCUMENTATION - ASTM C927 20 mm** | |
| *Document* | *Page No.* |
| Hirst & Chanler letter dated December 8, 2005 to John Goyette at Curtis & Tompkins, Ltd. re: evidence no. FC150.1.1 (Test Instruction: ASTM C927 20mm) | 5 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC150.1.1 | 6 |
| Curtis & Tompkins, Ltd. Laboratory Testing Reports #183729 for evidence no. FC150.1.1 | 7-8 |
| Curtis & Tompkins, Ltd. Batch QC Report #183729 for evidence no. FC150.1.1 | 9 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #183729 (for evidence no. FC150.1.1) | 10 |
| **TESTING DOCUMENTATION - ASTM C927 FULL IMMERSION** | |
| *Document* | *Page No.* |
| Hirst & Chanler letter dated March 10, 2006 to Patricia Flynn at Curtis & Tompkins, Ltd. re: evidence no. FC150.1.4 (Test Instruction: ASTM C927 Modified for Full Immersion) | 11 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC150.1.4 | 12 |
| Curtis & Tompkins, Ltd. Laboratory Testing Reports #185482 for evidence no. FC150.1.4 | 13-14 |
| Curtis & Tompkins, Ltd. Batch QC Report #185482 for evidence no. FC150.1.4 | 15 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185482 (for evidence no. FC150.1.4) | 16 |
| Hirst & Chanler letter dated March 10, 2006 to Patricia Flynn at Curtis & Tompkins, Ltd. re: evidence no. FC150.1.5 (Test Instruction: ASTM C927 Modified for Full Immersion) | 17 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC150.1.5 | 18 |
| Curtis & Tompkins, Ltd. Laboratory Testing Reports #185482 for evidence no. FC150.1.5 | 19-20 |
| Curtis & Tompkins, Ltd. Batch QC Report #185482 for evidence no. FC150.1.5 | 21 |

| Document | Page No. |
|---|---|
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185482 (for evidence no. FC150.1.5) | 22 |
| Hirst & Chanler letter dated March 10, 2006 to Patricia Flynn at Curtis & Tompkins, Ltd. re: evidence no. FC150.1.6 (Test Instruction: ASTM C927 Modified for Full Immersion) | 23 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC150.1.6 | 24 |
| Curtis & Tompkins, Ltd. Laboratory Testing Reports #185482 for evidence no. FC150.1.6 | 25-26 |
| Curtis & Tompkins, Ltd. Batch QC Report #185482 for evidence no. FC150.1.6 | 27 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185482 (for evidence no. FC150.1.6) | 28 |
| Hirst & Chanler letter dated March 10, 2006 to Patricia Flynn at Curtis & Tompkins, Ltd. re: evidence no. FC150.1.7 (Test Instruction: ASTM C927 Modified for Full Immersion) | 29 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC150.1.7 | 30 |
| Curtis & Tompkins, Ltd. Laboratory Testing Reports #185482 for evidence no. FC150.1.7 | 31-32 |
| Curtis & Tompkins, Ltd. Batch QC Report #185482 for evidence no. FC150.1.7 | 33 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185482 (for evidence no. FC150.1.7) | 34 |
| Hirst & Chanler Letter dated March 10, 2006 to Patricia Flynn at Curtis & Tompkins, Ltd. re: evidence no. FC150.1.8 (Test Instruction: ASTM C927 Modified for Full Immersion) | 35 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC150.1.8 | 36 |
| Curtis & Tompkins, Ltd. Laboratory Testing Reports #185482 for evidence no. FC150.1.8 | 37-38 |
| Curtis & Tompkins, Ltd. Batch QC Report #185482 for evidence no. FC150.1.8 | 39 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185482 (for evidence no. FC150.1.8) | 40 |
| Hirst & Chanler letter dated March 10, 2006 to Patricia Flynn at Curtis & Tompkins, Ltd. re: evidence no. FC150.1.9 (Test Instruction: ASTM C927 Modified for Full Immersion) | 41 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC150.1.9 | 42 |
| Curtis & Tompkins, Ltd. Laboratory Testing Reports #185482 for evidence no. FC150.1.9 | 43-44 |
| Curtis & Tompkins, Ltd. Batch QC Report #185482 for evidence no. FC150.1.9 | 45 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185482 (for evidence no. FC150.1.9) | 46 |
| TESTING DOCUMENTATION - EPA 6010B | |
| Document | Page No. |
| Hirst & Chanler letter dated March 14, 2006 to John Goyette at Curtis & Tompkins, Ltd. re: evidence no. FC280.1.2 (Test Instruction: EPA6010B) | 47 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC280.1.2 | 48 |

| | |
|---|---|
| Curtis & Tompkins, Ltd. Laboratory Testing Report #185526 for evidence no. FC280.1.2 | 49 |
| Curtis & Tompkins, Ltd. Batch QC Report #185526 for evidence no. FC280.1.2 | 50 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185526 (for evidence no. FC280.1.2) | 51 |
| **TESTING DOCUMENTATION - NIOSH 9100** | |
| *Document* | *Page No.* |
| Hirst & Chanler letter dated March 14, 2006 to Patricia Flynn at Curtis & Tompkins, Ltd. re: evidence no. FC280.1.3 (Test Instruction: Niosh 9100) | 52 |
| Curtis & Tompkins, Ltd. Chain of Custody for evidence no. FC280.1.3 | 53 |
| Curtis & Tompkins, Ltd. Laboratory Testing Report #185526 for evidence no. FC280.1.3 | 54 |
| Curtis & Tompkins, Ltd. Batch QC Report #185526 for evidence no. FC280.1.3 | 55 |
| Curtis & Tompkins, Ltd. Case Narrative for laboratory report #185526 (for evidence no. FC280.1.3) | 56 |

## Smithsonian National Zoological Park



Panda Frosted Mug, Red

# Smithsonian National Zoological Park

Product and Investigation Summary

Product Name  **Panda Frosted Mug, Red**



Evidence No. DCZOO-FC280.1.2

| | |
|---|---|
| Price Per Unit | $3.99 |
| Total Units Purchased | 15 |
| Type of Purchases | Store visit; telephone order |

### DECORATION (ON THE EXTERIOR SURFACE)

| | |
|---|---|
| Graphic | Pandas, text |
| Graphic Color | Red |
| Text | Smithsonian National Zoo |
| | Washington, DC |
| Text Color | Red |
| Background | None |

### DECORATION (LIP AND RIM AREA)

| | |
|---|---|
| Contains Decoration (in the lip and rim area - 20 mm) | Yes |
| Decoration Begins At | 11 mm |

### MODEL/ITEM NUMBERS

| | |
|---|---|
| Manufacturer Label | None |
| Retailer Label | 15787318, 0951 |
| Sales Receipt | 000951 |

### SUBSTRATE ELEMENTS

| | |
|---|---|
| Material | Glass, frosted |
| Material (Other) | Handle, plastic (removable) |
| | Base, plastic (removable) |
| Exterior Color | Vessel/body, none |
| | Handle/base, red |
| Interior Color | None |

### PRODUCT DIMENSIONS

| | |
|---|---|
| Height Exterior | 3 1/2 inches |
| Height Interior | 3 1/4 inches |
| Diameter Top | 3 3/16 inches |
| Diameter Bottom | 2 3/16 inches |
| Volume/Capacity | 8 ounces |

### MANUFACTURE INFORMATION

| | |
|---|---|
| Country of Origin | Made in China (label) |
| Manufacturer per Label | None |
| Manufacturer per UPC | None |
| Universal Product Code (UPC) | None |

| PRODUCT LIST | | |
|---|---|---|
| Evidence Number | Retail Location | Purchase Date |
| DCZOO-FC150.1.1 | Bookstore | 10/27/05 |
| DCZOO-FC150.1.2 | Bookstore | 10/27/05 |
| DCZOO-FC150.1.3 | Bookstore | 10/27/05 |
| DCZOO-FC150.1.4 | The National Zoo Store Online | 02/19/06 |
| DCZOO-FC150.1.5 | The National Zoo Store Online | 02/19/06 |
| DCZOO-FC150.1.6 | The National Zoo Store Online | 02/19/06 |
| DCZOO-FC150.1.7 | The National Zoo Store Online | 02/19/06 |
| DCZOO-FC150.1.8 | The National Zoo Store Online | 02/19/06 |
| DCZOO-FC150.1.9 | The National Zoo Store Online | 02/19/06 |
| DCZOO-FC150.1.10 | Bookstore | 02/25/06 |
| DCZOO-FC150.1.11 | Bookstore | 02/25/06 |
| DCZOO-FC150.1.12 | Bookstore | 02/25/06 |
| DCZOO-FC280.1.1 | Gibbon Gallery | 02/25/06 |
| DCZOO-FC280.1.2 | Gibbon Gallery | 02/25/06 |
| DCZOO-FC280.1.3 | Gibbon Gallery | 02/25/06 |

| RETAIL LOCATIONS |
|---|

**BOOKSTORE**

| | |
|---|---|
| Address | 3001 Connecticut Avenue NW |
| | Washington, DC  20008 |
| Telephone | (202) 633-4464 |

*Product name(s) listed on receipt(s): Panda Frosted M*

**THE NATIONAL ZOO STORE ONLINE/ The National Zoological Park**

| | |
|---|---|
| Address | 3001 Connecticut Ave NW |
| | Washington, DC  20008 |
| Telephone | (202) 633-4464 |

*Product name(s) listed on receipt(s): Panda Frosted M*

**GIBBON GALLERY**

| | |
|---|---|
| Address | 3001 Connecticut Avenue NW |
| | Washington, DC  20008 |
| Telephone | (202) 633-4463 |

*Product name(s) listed on receipt(s): Panda Frosted M*

## Smithsonian National Zoological Park

Panda Frosted Mug, Red



Evidence No. DCZOO-FC280.1.2 (Front View)



Evidence No. DCZOO-FC280.1.2 (Side View A)



Evidence No. DCZOO-FC280.1.2 (Back View)



Evidence No. DCZOO-FC280.1.2 (Side View B)



Evidence No. DCZOO-FC280.1.2 (Top View)



Evidence No. DCZOO-FC280.1.2 (Bottom View)

# Smithsonian National Zoological Park

Purchase Receipts

```
              Bookstore
     3001 Connecticut Avenue NW
       Washington, DC 20008
          202-633-4464

              SALE

        0040038652404012858

Description      SKU #      Amount
MINI LATTE MUG  000895        7.95
PANDA FROSTED M 000951       23.94
       6 @    3.99
ASSORTED BOX MU 003923       17.98
       2 @    8.99
ELEPHANT FAMILY 003668       39.95
ANIMAL BOXED MU 003450       11.98
       2 @    5.99
AFRICAN GIANT ( 003067        4.99
SNOW OWL SOCKS  001000        4.99

S U B T O T A L             111.78
Sales Tax 5.750%              6.43
T O T A L   S A L E         118.21
   American Expres  118.21
T O T A L   T E N D E R     118.21

10/27/2005 9:42:24 AM 003-012858
Assoc: C. Fretz

Credit Card Information:
   Card Type : American Express
   Card No.  : xxxxxxxxxxx1013
   Card Name : RUSSELL BRIMER

   We celebrate, study, and protect
      wildlife and their habitats.

Discover more at www.nationalzoo.si.edu
```

```
       The National Zoo Store Online
        The National Zoological Park
         3001 Connecticut Ave. NW
           Washington, DC 20008

              SALE

        00700187674587000454

Description      SKU #      Amount
PANDA FROSTED M 000951       47.88 N
       12 @    3.99
ANIMAL BOXED MU 003450       35.94 N
       6 @    5.99
$10.95 Shipping 001008       10.95 XN

T O T A L   S A L E          94.77
   American Expres   94.77
T O T A L   T E N D E R      94.77

2/19/2006 11:00:37 AM 001-000454
Assoc: L. Faulkner

Credit Card Information:
   Card Type : American Express
   Card Nbr  : xxxxxxxxxxx1005
   Cardholder :
      Tax# MAIL ORDER
```

```
              Bookstore
     3001 Connecticut Avenue NW
       Washington, DC 20008
          202-633-4464

              SALE

        00400287735624020684

Description      SKU #      Amount
PANDA FROSTED M 000951       23.94
       6 @    3.99

S U B T O T A L              23.94
Sales Tax 5.750%              1.38
T O T A L   S A L E          25.32
   American Expres   25.32
T O T A L   T E N D E R      25.32

2/25/2006 1:29:53 PM 002-020684
Assoc: E. Brown

Credit Card Information:
   Card Type : American Express
   Card Nbr  : xxxxxxxxxxx1013
   Cardholder : RUSSELL BRIMER

   We celebrate, study, and protect
      wildlife and their habitats.

Discover more at www.nationalzoo.si.edu
```

```
            Gibbon Gallery
     3001 Connecticut Avenue NW
       Washington, DC 20008
          202-633-4463

              SALE

        00300387735425010004

Description      SKU #      Amount
PANDA FROSTED M 000951       19.95
       5 @    3.99
MINI LATTE MUG  000895        7.95
ASSORTED BOX MU 003923        8.99

S U B T O T A L              36.89
Sales Tax 5.750%              2.12
T O T A L   S A L E          39.01
   American Expres   39.01
T O T A L   T E N D E R      39.01

2/25/2006 1:01:12 PM 003-010004
Assoc: L. Moses

Credit Card Information:
   Card Type : American Express
   Card Nbr  : xxxxxxxxxxx1013
   Cardholder : RUSSELL BRIMER

   We celebrate, study, and protect
      wildlife and their habitats.

Discover more at www.nationalzoo.si.edu
```

# HIRST & CHANLER

### ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880   Facsimile (510) 848-8118

December 8, 2005

*Via Hand Delivery*

John Goyette, Lab Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

Re:    Testing (Lead)

Dear Mr. Goyette:

Please find enclosed one (1) Mug (The National Zoo Store, item # 15787318)
labeled as **Evidence #FC150.1.1** and the accompanying Chain of Custody form.  We would
like to determine the amount of **Lead** to which a consumer would be exposed during a
reasonably foreseeable use and handling of the product.

Please perform an **ASTM C927** test (<u>submerging the product to the 20mm mark</u>) on
the exterior of the product to determine the presence of lead.  The turnaround time requested
is **5 days**.  If any of the above instructions requires further clarification or discussion, please
contact our offices immediately.

Please provide a copy of the test result, case narrative and all supporting
documentation via email to joyce.vginkel@hirst-chanler.com (with the originals by mail to
our offices in Berkeley).  We will contact you to make arrangements to pick up the product
after the testing has been completed.  Thank you, in advance, for your assistance in this
matter.

Sincerely,

Joyce van Ginkel

| SACRAMENTO | CHICAGO | NEW CANAAN |
|---|---|---|
| Wells Fargo Center | 23 N. Lincoln, Suite 204 | 71 Elm Street, Suite 8 |
| 400 Capitol Mall, Suite 917 | Chicago, IL  60521 | New Canaan, CT  06840 |
| Sacramento, CA  95814 | Telephone (630) 789-6998 | Telephone (203) 966-9911 |
| Telephone (916) 449-3905 | Facsimile (630) 214-0979 | Facsimile (203) 801-5222 |
| Facsimile (916) 449-8258 | | |

Page 5

Page 1 of 8

# CHAIN OF CUSTODY

**Curtis & Tompkins, Ltd.**

Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

Project No:

Project Name: The National Zoo Sover

Project P.O.: FCA 390

Turnaround Time: 5-Days

C&T LOGIN #

Sampler:

Report To: Joyce van Ginkel

Company: Hirst & Chanler

Telephone: (510) 848-8880

Fax: (510) 848-8118

| Lab No. | Sample ID. | Sampling Date Time | Matrix | | | # of Containers | Preservative | | | | Analyses |
|---------|-----------|-------------------|--------|--|--|-----------------|--------------|--|--|--|----------|
| | | | Soil | Water | Waste | | HCL | H₂SO₄ | HNO₃ | ICE | |
| -15 | FC150.1.1 Mug | | | | | | | | | | |
| -19 | | | | | | | | | | | |
| -20 | | | | | | | | | | | |
| -22 | | | | | | | | | | | |
| -23 | | | | | | | | | | | |
| -24 | | | | | | | | | | | |

Notes:

RELINQUISHED BY: _____ 12-8-05 DATE/TIME

RECEIVED BY: _____ 12/8/05 12:30 DATE/TIME

_____ DATE/TIME    _____ DATE/TIME

_____ DATE/TIME    _____ DATE/TIME

Lab #: **183729**
Client: Hirst & Chanler

Date Received: 12/09/05
Date Reported: 12/15/05

## ASTM C927

| Lab ID | Client ID | Submerge Depth | Volume of Leaching Solution (mL) | Internal Volume (mL) | Lead Concentration (ug/mL) | Total ug | ppm Relative to Internal Volume |
|---|---|---|---|---|---|---|---|
| 183729-018 | FC150.1.1 | 20mm | 220 | 220 | 31 | 6,820 | 31 |
| Blank | | | | | 0.007 | | |

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

| Lead | | | | |
|---|---|---|---|---|
| Lab #: | 183729 | | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | | Analysis: | EPA 6010B |
| Project#: | STANDARD | | | |
| Analyte: | Lead | | Sampled: | 12/08/05 |
| Matrix: | Water | | Received: | 12/08/05 |
| Units: | ug/L | | Prepared: | 12/15/05 |
| Batch#: | 108737 | | Analyzed: | 12/15/05 |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|---|---|---|---|---|---|
| FC150.1.1(MUG) | SAMPLE | 183729-018 | 31,000 | 3.0 | 1.000 |
| | BLANK | QC321186 | 7.2 | 3.0 | 1.000 |

 b= See narrative
RL= Reporting Limit
Page 1 of 1
4.0


**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | |
|---|---|---|---|
| Lab #: | 183729 | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Batch#: | 108737 |
| Field ID: | FC30.3.2(MUG) | Sampled: | 12/08/05 |
| MSS Lab ID: | 183729-002 | Received: | 12/08/05 |
| Matrix: | Water | Prepared: | 12/15/05 |
| Units: | ug/L | Analyzed: | 12/15/05 |
| Diln Fac: | 100.0 | | |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| MS | QC321187 | 208,000 | 2,000 | 198,000 | -500 NM | 61-135 | | |
| MSD | QC321188 | | 2,000 | 210,000 | 100 NM | 61-135 | 6 | 23 |

NM= Not Meaningful: Sample concentration > 4X spike concentration
RPD= Relative Percent Difference

Page 1 of 1

5.0



**Curtis & Tompkins, Ltd.**
*Analytical Laboratories, Since 1878*

### CASE NARRATIVE

Laboratory number:       **183729**
Client:                  **Hirst & Chanler**
Request Date:            **12/08/05**
Samples Received:        **12/08/05**


This hardcopy data package contains sample and QC results for seventeen water samples and eight wipe samples, requested for the above referenced project on 12/08/05. The samples were received cold and intact.

**Metals (EPA 6010B) Water:**
Lead was detected above the RL in the method blank for batch 108737. No other analytical problems were encountered.

**Metals (EPA 6010B) Wipe:**
No analytical problems were encountered.


Page 1 of 1

# HIRST & CHANLER

### ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880    Facsimile (510) 848-8118

March 10, 2006

*Via Hand Delivery*

Patricia Flynn
Project Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

      Re:    <u>Testing (Lead and Cadmium)</u>

Dear Ms. Flynn:

      Please find enclosed one (1) **Mug** (Panda Frosted Mug) labeled as **Evidence #FC150.1.4** and the accompanying Chain of Custody form.  We would like to determine the amount of **Lead and Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product.

      Please perform an **ASTM C927** test (<u>modified for full immersion</u>) on the exterior of the product to determine the presence of lead and cadmium.  The turnaround time requested is **5 days**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

      Please provide a copy of the test result, case narrative and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

      Sincerely,

Joyce van Ginkel

| SACRAMENTO | CHICAGO | NEW CANAAN |
|---|---|---|
| Wells Fargo Center | 23 N. Lincoln, Suite 204 | 71 Elm Street, Suite 8 |
| 400 Capitol Mall, Suite 917 | Chicago, IL  60521 | New Canaan, CT  06840 |
| Sacramento, CA  95814 | Telephone (630) 789-6998 | Telephone (203) 966-9911 |
| Telephone (916) 449-3905 | Facsimile (630) 214-0979 | Facsimile (203) 801-5222 |
| Facsimile (916) 449-8258 | | |

# CHAIN OF CUSTODY

**Page** 1 **of** 7

**Analyses**

**Curtis & Tompkins, Ltd.**
Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

C&T LOGIN # 165 453

**Sampler:**

**Report To:** Joyce van Ginkel

**Company:** Hirst & Chanler

**Telephone:** (510) 848-8880

**Fax:** (510) 848-8118

**Project No:**

**Project Name:** Panda Frosted Mug

**Project P.O.::** FCA 960

**Turnaround Time:** 5-Days

| Lab No. | Sample ID. | Sampling Date Time | Matrix | | | # of Containers | Preservative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Soil | Water | Waste | | HCL | H₂SO₄ | HNO₃ | ICE | |
| 8 | FC150.1.4 [Mug] | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |

**RELINQUISHED BY:**  ~~3/0/06~~ DATE/TIME  12 cops

**RECEIVED BY:**  3/0/06 1630 DATE/TIME

DATE/TIME

DATE/TIME

DATE/TIME

DATE/TIME

**Notes:**

Lab #: **185482**
Client: Hirst & Chanler

Date Received: 03/10/06
Date Reported: 03/20/06

**ASTM C927**

| Lab ID | Client ID | Submerge Depth | Volume of Leaching Solution (mL) | Internal Volume (mL) | Lead Concentration (ug/mL) | Total ug | ppm Relative to Internal Volume |
|---|---|---|---|---|---|---|---|
| 185482-008 | FC150.1.4 | Full immersion | 600 | 220 | 30 | 18,000 | 82 |
| Blank | | | | | ND | | |



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

| | | | |
|---|---|---|---|
| **Lead** | | | |

| | | | |
|---|---|---|---|
| Lab #: | 185482 | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Sampled: | 03/10/06 |
| Matrix: | Water | Received: | 03/10/06 |
| Units: | ug/L | Prepared: | 03/17/06 |
| Batch#: | 111404 | Analyzed: | 03/17/06 |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|---|---|---|---|---|---|
| FC150.1.4(MUG) | SAMPLE | 185482-008 | 30,000 | 30 | 10.00 |
| | BLANK | QC331905 | ND | 3.0 | 1.000 |

ND= Not Detected
RL= Reporting Limit

10.0

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | | | | | | |
|------|------|------|------|------|------|------|------|------|

| Lab #: | 185482 | | Prep: | ASTM C927 | | | | |
|--------|--------|---|-------|-----------|---|---|---|---|
| Client: | Hirst & Chanler | | Analysis: | EPA 6010B | | | | |
| Project#: | STANDARD | | | | | | | |

| Analyte: | Lead | | Batch#: | 111404 | | | | |
|----------|------|---|---------|--------|---|---|---|---|
| Field ID: | FC150.8.1-N362(MUG) | | Sampled: | 03/10/06 | | | | |
| MSS Lab ID: | 185482-003 | | Received: | 03/10/06 | | | | |
| Matrix: | Water | | Prepared: | 03/17/06 | | | | |
| Units: | ug/L | | Analyzed: | 03/17/06 | | | | |
| Diln Fac: | 1.000 | | | | | | | |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|------|--------|-----------|--------|--------|------|--------|-----|-----|
| MS | QC331906 | 91.72 | 2,000 | 2,137 | 102 | 70-120 | | |
| MSD | QC331907 | | 2,000 | 2,162 | 104 | 70-120 | 1 | 20 |

RPD= Relative Percent Difference


**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

## CASE NARRATIVE

| | |
|---|---|
| Laboratory number: | **185482** |
| Client: | **Hirst & Chanler** |
| Request Date: | **03/10/06** |
| Samples Received: | **03/10/06** |

This hardcopy data package contains sample and QC results for nine water samples, three wipe samples, and one miscell. sample, requested for the above referenced project on 03/10/06. The samples were received cold and intact.

**Metals (EPA 6010B) Water:**
No analytical problems were encountered.

**Metals (EPA 6010B) Miscell.:**
No analytical problems were encountered.

**Metals (EPA 6010B) Wipe:**
No analytical problems were encountered.

Page 1 of 1

12.0

# HIRST & CHANLER
### ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880   Facsimile (510) 848-8118

March 10, 2006

*Via Hand Delivery*

Patricia Flynn
Project Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

   Re: <u>Testing (Lead and Cadmium)</u>

Dear Ms. Flynn:

  Please find enclosed one (1) **Mug** (Panda Frosted Mug) labeled as **Evidence #FC150.1.5** and the accompanying Chain of Custody form.  We would like to determine the amount of **Lead and Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product.

  Please perform an **ASTM C927** test (<u>modified for full immersion</u>) on the exterior of the product to determine the presence of lead and cadmium.  The turnaround time requested is **5 days**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

  Please provide a copy of the test result, case narrative and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

       Sincerely,

       Joyce van Ginkel

SACRAMENTO
Wells Fargo Center
400 Capitol Mall, Suite 917
Sacramento, CA  95814
Telephone (916) 449-3905
Facsimile (916) 449-8258

CHICAGO
23 N. Lincoln, Suite 204
Chicago, IL  60521
Telephone (630) 789-6998
Facsimile (630) 214-0979

NEW CANAAN
71 Elm Street, Suite 8
New Canaan, CT  06840
Telephone (203) 966-9911
Facsimile (203) 801-5222

# CHAIN OF CUSTODY

Page _1_ of _7_

Analyses

**Curtis & Tompkins, Ltd.**
Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

C&T LOGIN # 165 453

**Sampler:**

**Report To:** Joyce van Ginkel

**Company:** Hirst & Chanler

**Telephone:** (510) 848-8880

**Fax:** (510) 848-8118

**Project No:**

**Project Name:** Panda Frosted Mug

**Project P.O.::** FCA 960

**Turnaround Time:** 5-Days

| Lab No. | Sample ID. | Sampling Date Time | Soil | Water | Waste | # of Containers | HCL | H₂SO₄ | HNO₃ | ICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Matrix | | | | | | Preservative | | | |
| 8 | FC150.1.5 [Mug] | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |

**RELINQUISHED BY:** DATE/TIME 3/10/06 12 copy

**RECEIVED BY:** DATE/TIME 3/10/06 1630

DATE/TIME

DATE/TIME

DATE/TIME

DATE/TIME

**Notes:**

Lab #: **185482**
Client: Hirst & Chanler

Date Received: 03/10/06
Date Reported: 03/20/06

**ASTM C927**

| Lab ID | Client ID | Submerge Depth | Volume of Leaching Solution (mL) | Internal Volume (mL) | Lead Concentration (ug/mL) | Total ug | ppm Relative to Internal Volume |
|--------|-----------|----------------|----------------------------------|----------------------|----------------------------|----------|---------------------------------|
| 185482-009 | FC150.1.5 | Full immersion | 600 | 220 | 42 | 25,200 | 115 |
| Blank | | | | | ND | | |

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

| Lead | | | | | |
|------|---|---|---|---|---|
| Lab #: | 185482 | | Prep: | ASTM C927 | |
| Client: | Hirst & Chanler | | Analysis: | EPA 6010B | |
| Project#: | STANDARD | | | | |
| Analyte: | Lead | | Sampled: | 03/10/06 | |
| Matrix: | Water | | Received: | 03/10/06 | |
| Units: | ug/L | | Prepared: | 03/17/06 | |
| Batch#: | 111404 | | Analyzed: | 03/17/06 | |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|----------|------|--------|--------|-----|----------|
| FC150.1.5(MUG) | SAMPLE | 185482-009 | 42,000 | 30 | 10.00 |
| | BLANK | QC331905 | ND | 3.0 | 1.000 |

ND= Not Detected
RL= Reporting Limit

10.0

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | | | | | | |
|------|---|---|---|---|---|---|---|---|
| Lab #: | 185482 | | | Prep: | ASTM C927 | | | |
| Client: | Hirst & Chanler | | | Analysis: | EPA 6010B | | | |
| Project#: | STANDARD | | | | | | | |
| Analyte: | Lead | | | Batch#: | 111404 | | | |
| Field ID: | FC150.8.1-N362(MUG) | | | Sampled: | 03/10/06 | | | |
| MSS Lab ID: | 185482-003 | | | Received: | 03/10/06 | | | |
| Matrix: | Water | | | Prepared: | 03/17/06 | | | |
| Units: | ug/L | | | Analyzed: | 03/17/06 | | | |
| Diln Fac: | 1.000 | | | | | | | |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|------|--------|------------|--------|--------|------|--------|-----|-----|
| MS | QC331906 | 91.72 | 2,000 | 2,137 | 102 | 70-120 | | |
| MSD | QC331907 | | 2,000 | 2,162 | 104 | 70-120 | 1 | 20 |

RPD= Relative Percent Difference



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

### CASE NARRATIVE

Laboratory number:      **185482**
Client:                 **Hirst & Chanler**
Request Date:           **03/10/06**
Samples Received:       **03/10/06**

This hardcopy data package contains sample and QC results for nine water samples, three wipe samples, and one miscell. sample, requested for the above referenced project on 03/10/06. The samples were received cold and intact.

**Metals (EPA 6010B) Water:**
No analytical problems were encountered.

**Metals (EPA 6010B) Miscell.:**
No analytical problems were encountered.

**Metals (EPA 6010B) Wipe:**
No analytical problems were encountered.

Page 1 of 1

# HIRST & CHANLER

ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880    Facsimile (510) 848-8118

March 10, 2006

*Via Hand Delivery*

Patricia Flynn
Project Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

> Re:    Testing (Lead and Cadmium)

Dear Ms. Flynn:

Please find enclosed one (1) **Mug** (Panda Frosted Mug) labeled as **Evidence #FC150.1.6** and the accompanying Chain of Custody form.  We would like to determine the amount of **Lead and Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product.

Please perform an **ASTM C927** test (modified for full immersion) on the exterior of the product to determine the presence of lead and cadmium.  The turnaround time requested is **5 days**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

Please provide a copy of the test result, case narrative and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

Sincerely,

Joyce van Ginkel

SACRAMENTO
Wells Fargo Center
400 Capitol Mall, Suite 917
Sacramento, CA  95814
Telephone (916) 449-3905
Facsimile (916) 449-8258

CHICAGO
23 N. Lincoln, Suite 204
Chicago, IL  60521
Telephone (630) 789-6998
Facsimile (630) 214-0979

NEW CANAAN
71 Elm Street, Suite 8
New Canaan, CT  06840
Telephone (203) 966-9911
Facsimile (203) 801-5222

# CHAIN OF CUSTODY

**Curtis & Tompkins, Ltd.**
Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

Page 1 of 7

Analyses

C&T LOGIN # 165 43 7

**Sampler:**

**Report To:** Joyce van Ginkel

**Company:** Hirst & Chanler

**Telephone:** (510) 848-8880

**Fax:** (510) 848-8118

**Project No:**

**Project Name:** Panda Frosted Mug

**Project P.O.:** FCA 960

**Turnaround Time:** 5-Days

| Lab No. | Sample ID. | Sampling Date Time | Soil | Water | Waste | # of Containers | HCL | H₂SO₄ | HNO₃ | ICE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Matrix | | | Preservative | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | FC150.1.6 [Mug] | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | |

**RELINQUISHED BY:** _____ 3/10/06 DATE/TIME
12 copies

**RECEIVED BY:** _____ 3/10/06 1630 DATE/TIME

DATE/TIME                    DATE/TIME

DATE/TIME                    DATE/TIME

**Notes:**

Lab #: **185482**
Client: Hirst & Chanler

Date Received: 03/10/06
Date Reported: 03/20/06

**ASTM C927**

| Lab ID | Client ID | Submerge Depth | Volume of Leaching Solution (mL) | Internal Volume (mL) | Lead Concentration (ug/mL) | Total ug | ppm Relative to Internal Volume |
|---|---|---|---|---|---|---|---|
| 185482-010 | FC150.1.6 | Full immersion | 600 | 220 | 28 | 16,800 | 76 |
| Blank | | | | | ND | | |

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

| Lead | | | | | |
|---|---|---|---|---|---|
| Lab #: | 185482 | | Prep: | ASTM C927 | |
| Client: | Hirst & Chanler | | Analysis: | EPA 6010B | |
| Project#: | STANDARD | | | | |
| Analyte: | Lead | | Sampled: | 03/10/06 | |
| Matrix: | Water | | Received: | 03/10/06 | |
| Units: | ug/L | | Prepared: | 03/17/06 | |
| Batch#: | 111404 | | Analyzed: | 03/17/06 | |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|---|---|---|---|---|---|
| FC150.1.6(MUG) | SAMPLE | 185482-010 | 28,000 | 30 | 10.00 |
| | BLANK | QC331905 | ND | 3.0 | 1.000 |

ND= Not Detected
RL= Reporting Limit



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | |
|---|---|---|---|
| Lab #: | 185482 | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Batch#: | 111404 |
| Field ID: | FC150.8.1-N362(MUG) | Sampled: | 03/10/06 |
| MSS Lab ID: | 185482-003 | Received: | 03/10/06 |
| Matrix: | Water | Prepared: | 03/17/06 |
| Units: | ug/L | Analyzed: | 03/17/06 |
| Diln Fac: | 1.000 | | |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| MS | QC331906 | 91.72 | 2,000 | 2,137 | 102 | 70-120 | | |
| MSD | QC331907 | | 2,000 | 2,162 | 104 | 70-120 | 1 | 20 |

RPD= Relative Percent Difference



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

## CASE NARRATIVE

| | |
|---|---|
| Laboratory number: | **185482** |
| Client: | **Hirst & Chanler** |
| Request Date: | **03/10/06** |
| Samples Received: | **03/10/06** |

This hardcopy data package contains sample and QC results for nine water samples, three wipe samples, and one miscell. sample, requested for the above referenced project on 03/10/06. The samples were received cold and intact.

**<u>Metals (EPA 6010B) Water:</u>**
No analytical problems were encountered.

**<u>Metals (EPA 6010B) Miscell.:</u>**
No analytical problems were encountered.

**<u>Metals (EPA 6010B) Wipe:</u>**
No analytical problems were encountered.

Page 1 of 1

# HIRST & CHANLER

ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880   Facsimile (510) 848-8118

March 10, 2006

*Via Hand Delivery*

Patricia Flynn
Project Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

   Re: <u>Testing (Lead and Cadmium)</u>

Dear Ms. Flynn:

   Please find enclosed one (1) **Mug** (Panda Frosted Mug) labeled as **Evidence #FC150.1.7** and the accompanying Chain of Custody form.  We would like to determine the amount of **Lead and Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product.

   Please perform an **ASTM C927** test (<u>modified for full immersion</u>) on the exterior of the product to determine the presence of lead and cadmium.  The turnaround time requested is **5 days**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

   Please provide a copy of the test result, case narrative and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

         Sincerely,

         Joyce van Ginkel

| SACRAMENTO | CHICAGO | NEW CANAAN |
|---|---|---|
| Wells Fargo Center | 23 N. Lincoln, Suite 204 | 71 Elm Street, Suite 8 |
| 400 Capitol Mall, Suite 917 | Chicago, IL  60521 | New Canaan, CT  06840 |
| Sacramento, CA  95814 | Telephone (630) 789-6998 | Telephone (203) 966-9911 |
| Telephone (916) 449-3905 | Facsimile (630) 214-0979 | Facsimile (203) 801-5222 |
| Facsimile (916) 449-8258 | | |

# CHAIN OF CUSTODY

**Curtis & Tompkins, Ltd.**

Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

C&T LOGIN # 165 453

**Analyses**

**Sampler:**

**Report To:** Joyce van Ginkel

**Company:** Hirst & Chanler

**Telephone:** (510) 848-8880

**Fax:** (510) 848-8118

**Project No:**

**Project Name:** Panda Frosted Mug

**Project P.O.:** FCA 960

**Turnaround Time:** 5-Days

| Lab No. | Sample ID. | Sampling Date Time | Matrix | | | # of Containers | Preservative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Soil | Water | Waste | | HCL | H₂SO₄ | HNO₃ | ICE |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | FC150.1.7 [Mug] | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |

**RELINQUISHED BY:** 3/10/06 DATE/TIME   12 copies

**RECEIVED BY:** 3/10/06 1630 DATE/TIME

DATE/TIME   DATE/TIME

DATE/TIME   DATE/TIME

**Notes:**

Lab #: **185482**
Client: Hirst & Chanler

Date Received: 03/10/06
Date Reported: 03/20/06

**ASTM C927**

| Lab ID | Client ID | Submerge Depth | Volume of Leaching Solution (mL) | Internal Volume (mL) | Lead Concentration (ug/mL) | Total ug | ppm Relative to Internal Volume |
|---|---|---|---|---|---|---|---|
| 185482-011 | FC150.1.7 | Full immersion | 600 | 220 | 24 | 14,400 | 65 |
| Blank | | | | | ND | | |



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

| Lead | | |
|---|---|---|
| Lab #: | 185482 | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Sampled: | 03/10/06 |
| Matrix: | Water | Received: | 03/10/06 |
| Units: | ug/L | Prepared: | 03/17/06 |
| Batch#: | 111404 | Analyzed: | 03/17/06 |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|---|---|---|---|---|---|
| FC150.1.7(MUG) | SAMPLE | 185482-011 | 24,000 | 30 | 10.00 |
| | BLANK | QC331905 | ND | 3.0 | 1.000 |

ND= Not Detected
RL= Reporting Limit

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | |
|------|------|------|------|
| Lab #: | 185482 | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Batch#: | 111404 |
| Field ID: | FC150.8.1-N362(MUG) | Sampled: | 03/10/06 |
| MSS Lab ID: | 185482-003 | Received: | 03/10/06 |
| Matrix: | Water | Prepared: | 03/17/06 |
| Units: | ug/L | Analyzed: | 03/17/06 |
| Diln Fac: | 1.000 | | |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|------|--------|-----------|--------|--------|------|--------|-----|-----|
| MS | QC331906 | 91.72 | 2,000 | 2,137 | 102 | 70-120 | | |
| MSD | QC331907 | | 2,000 | 2,162 | 104 | 70-120 | 1 | 20 |

RPD= Relative Percent Difference



**CASE NARRATIVE**

Laboratory number:      **185482**
Client:                 **Hirst & Chanler**
Request Date:           **03/10/06**
Samples Received:       **03/10/06**

This hardcopy data package contains sample and QC results for nine water samples, three wipe samples, and one miscell. sample, requested for the above referenced project on 03/10/06. The samples were received cold and intact.

**Metals (EPA 6010B) Water:**
No analytical problems were encountered.

**Metals (EPA 6010B) Miscell.:**
No analytical problems were encountered.

**Metals (EPA 6010B) Wipe:**
No analytical problems were encountered.

Page 1 of 1

# HIRST & CHANLER

### ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880   Facsimile (510) 848-8118

March 10, 2006

*Via Hand Delivery*

Patricia Flynn
Project Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

   Re: <u>Testing (Lead and Cadmium)</u>

Dear Ms. Flynn:

   Please find enclosed one (1) **Mug** (Panda Frosted Mug) labeled as **Evidence #FC150.1.8** and the accompanying Chain of Custody form.  We would like to determine the amount of **Lead and Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product.

   Please perform an **ASTM C927** test (<u>modified for full immersion</u>) on the exterior of the product to determine the presence of lead and cadmium.  The turnaround time requested is **5 days**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

   Please provide a copy of the test result, case narrative and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

       Sincerely,

       Joyce van Ginkel

| SACRAMENTO | CHICAGO | NEW CANAAN |
|---|---|---|
| Wells Fargo Center | 23 N. Lincoln, Suite 204 | 71 Elm Street, Suite 8 |
| 400 Capitol Mall, Suite 917 | Chicago, IL  60521 | New Canaan, CT  06840 |
| Sacramento, CA  95814 | Telephone (630) 789-6998 | Telephone (203) 966-9911 |
| Telephone (916) 449-3905 | Facsimile (630) 214-0979 | Facsimile (203) 801-5222 |
| Facsimile (916) 449-8258 | | |

# CHAIN OF CUSTODY

**Curtis & Tompkins, Ltd.**

Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

**Project No:**

**Project Name:** Panda Frosted Mug

**Project P.O.:** FCA 960

**Turnaround Time:** 5-Days

C&T LOGIN # 165 43 7

**Sampler:**

**Report To:** Joyce van Ginkel

**Company:** Hirst & Chanler

**Telephone:** (510) 848-8880

**Fax:** (510) 848-8118

**Analyses**

| Lab No. | Sample ID. | Sampling Date Time | Matrix | | | # of Containers | Preservative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Soil | Water | Waste | | HCL | $H_2SO_4$ | $HNO_3$ | ICE | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 13 | FC150.1.8 [Mug] | | | | | | | | | | |
| 15 | | | | | | | | | | | |

**RELINQUISHED BY:** 3/10/06 DATE/TIME   12' copy

DATE/TIME

DATE/TIME

**RECEIVED BY:** 3/10/06 1630 DATE/TIME

DATE/TIME

DATE/TIME

**Notes:**

Lab #: **185482**
Client: Hirst & Chanler

Date Received: 03/10/06
Date Reported: 03/20/06

**ASTM C927**

| Lab ID | Client ID | Submerge Depth | Volume of Leaching Solution (mL) | Internal Volume (mL) | Lead Concentration (ug/mL) | Total ug | ppm Relative to Internal Volume |
|--------|-----------|----------------|----------------------------------|----------------------|-----------------------------|----------|---------------------------------|
| 185482-012 | FC150.1.8 | Full immersion | 600 | 220 | 43 | 25,800 | 117 |
| Blank | | | | | ND | | |



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

| Lead | | |
|---|---|---|
| Lab #: | 185482 | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Sampled: | 03/10/06 |
| Matrix: | Water | Received: | 03/10/06 |
| Units: | ug/L | Prepared: | 03/17/06 |
| Batch#: | 111404 | Analyzed: | 03/17/06 |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|---|---|---|---|---|---|
| FC150.1.8(MUG) | SAMPLE | 185482-012 | 43,000 | 30 | 10.00 |
| | BLANK | QC331905 | ND | 3.0 | 1.000 |

ND= Not Detected
RL= Reporting Limit

10.0

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | |
|---|---|---|---|
| Lab #: | 185482 | Prep: | ASTM C927 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Batch#: | 111404 |
| Field ID: | FC150.8.1-N362(MUG) | Sampled: | 03/10/06 |
| MSS Lab ID: | 185482-003 | Received: | 03/10/06 |
| Matrix: | Water | Prepared: | 03/17/06 |
| Units: | ug/L | Analyzed: | 03/17/06 |
| Diln Fac: | 1.000 | | |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| MS | QC331906 | 91.72 | 2,000 | 2,137 | 102 | 70-120 | | |
| MSD | QC331907 | | 2,000 | 2,162 | 104 | 70-120 | 1 | 20 |

RPD= Relative Percent Difference

11.0



**CASE NARRATIVE**

| | |
|---|---|
| Laboratory number: | **185482** |
| Client: | **Hirst & Chanler** |
| Request Date: | **03/10/06** |
| Samples Received: | **03/10/06** |

This hardcopy data package contains sample and QC results for nine water samples, three wipe samples, and one miscell. sample, requested for the above referenced project on 03/10/06. The samples were received cold and intact.

**Metals (EPA 6010B) Water:**
No analytical problems were encountered.

**Metals (EPA 6010B) Miscell.:**
No analytical problems were encountered.

**Metals (EPA 6010B) Wipe:**
No analytical problems were encountered.

Page 1 of 1

# HIRST & CHANLER
## ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880   Facsimile (510) 848-8118

March 10, 2006

*Via Hand Delivery*

Patricia Flynn
Project Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

      Re:    Testing (Lead and Cadmium)

Dear Ms. Flynn:

      Please find enclosed one (1) **Mug** (Panda Frosted Mug) labeled as **Evidence #FC150.1.9** and the accompanying Chain of Custody form.  We would like to determine the amount of **Lead and Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product.

      Please perform an **ASTM C927** test (modified for full immersion) on the exterior of the product to determine the presence of lead and cadmium.  The turnaround time requested is **5 days**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

      Please provide a copy of the test result, case narrative and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

                    Sincerely,

                    Joyce van Ginkel

| SACRAMENTO | CHICAGO | NEW CANAAN |
|---|---|---|
| Wells Fargo Center | 23 N. Lincoln, Suite 204 | 71 Elm Street, Suite 8 |
| 400 Capitol Mall, Suite 917 | Chicago, IL  60521 | New Canaan, CT  06840 |
| Sacramento, CA  95814 | Telephone (630) 789-6998 | Telephone (203) 966-9911 |
| Telephone (916) 449-3905 | Facsimile (630) 214-0979 | Facsimile (203) 801-5222 |
| Facsimile (916) 449-8258 | | |

# CHAIN OF CUSTODY

**Curtis & Tompkins, Ltd.**
Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

C&T LOGIN # 165 43 7

**Sampler:**

**Project No:**

**Project Name:** Panda Frosted Mug

**Report To:** Joyce van Ginkel

**Project P.O.:** FCA 960

**Company:** Hirst & Chanler

**Turnaround Time:** 5-Days

**Telephone:** (510) 848-8880

**Fax:** (510) 848-8118

| Lab No. | Sample ID. | Sampling Date Time | Matrix | | | # of Containers | Preservative | | | | | Analyses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Soil | Water | Waste | | HCL | H₂SO₄ | HNO₃ | ICE | | |
| -8 | | | | | | | | | | | | |
| -9 | | | | | | | | | | | | |
| -10 | | | | | | | | | | | | |
| -13 | | | | | | | | | | | | |
| -15 | FC150.1.9 [Mug] | | | | | | | | | | | |

**RELINQUISHED BY:** _____ 3/10/06 DATE/TIME 12 copy

**RECEIVED BY:** _____ 3/10/06 DATE/TIME 1630

_____ DATE/TIME

_____ DATE/TIME

_____ DATE/TIME

_____ DATE/TIME

**Notes:**

Page 42

Lab #: **185482**
Client: Hirst & Chanler

Date Received: 03/10/06
Date Reported: 03/20/06

**ASTM C927**

| Lab ID | Client ID | Submerge Depth | Volume of Leaching Solution (mL) | Internal Volume (mL) | Lead Concentration (ug/mL) | Total ug | ppm Relative to Internal Volume |
|---|---|---|---|---|---|---|---|
| 185482-013 | FC150.1.9 | Full immersion | 600 | 220 | 39 | 23,400 | 106 |
| Blank | | | | | ND | | |



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

| Lead | | | | | | |
|------|--|--|--|--|--|--|
| Lab #: | 185482 | | Prep: | ASTM C927 | | |
| Client: | Hirst & Chanler | | Analysis: | EPA 6010B | | |
| Project#: | STANDARD | | | | | |
| Analyte: | Lead | | Sampled: | 03/10/06 | | |
| Matrix: | Water | | Received: | 03/10/06 | | |
| Units: | ug/L | | Prepared: | 03/17/06 | | |
| Batch#: | 111404 | | Analyzed: | 03/17/06 | | |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|----------|------|--------|--------|-----|----------|
| FC150.1.9(MUG) | SAMPLE | 185482-013 | 39,000 | 30 | 10.00 |
| | BLANK | QC331905 | ND | 3.0 | 1.000 |

ND= Not Detected
RL= Reporting Limit

10.0


**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | | |
|------|---|---|---|---|
| Lab #: | 185482 | Prep: | ASTM C927 | |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B | |
| Project#: | STANDARD | | | |
| Analyte: | Lead | Batch#: | 111404 | |
| Field ID: | FC150.8.1-N362(MUG) | Sampled: | 03/10/06 | |
| MSS Lab ID: | 185482-003 | Received: | 03/10/06 | |
| Matrix: | Water | Prepared: | 03/17/06 | |
| Units: | ug/L | Analyzed: | 03/17/06 | |
| Diln Fac: | 1.000 | | | |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|------|--------|------------|--------|--------|------|--------|-----|-----|
| MS | QC331906 | 91.72 | 2,000 | 2,137 | 102 | 70-120 | | |
| MSD | QC331907 | | 2,000 | 2,162 | 104 | 70-120 | 1 | 20 |

RPD= Relative Percent Difference



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

## CASE NARRATIVE

| | |
|---|---|
| Laboratory number: | **185482** |
| Client: | **Hirst & Chanler** |
| Request Date: | **03/10/06** |
| Samples Received: | **03/10/06** |

This hardcopy data package contains sample and QC results for nine water samples, three wipe samples, and one miscell. sample, requested for the above referenced project on 03/10/06. The samples were received cold and intact.

**<u>Metals (EPA 6010B) Water:</u>**
No analytical problems were encountered.

**<u>Metals (EPA 6010B) Miscell.:</u>**
No analytical problems were encountered.

**<u>Metals (EPA 6010B) Wipe:</u>**
No analytical problems were encountered.

Page 1 of 1

# HIRST & CHANLER

ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880  Facsimile (510) 848-8118

March 14, 2006

*Via Hand Delivery*

185526-003

John Goyette
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

Re:    Testing (Lead and Cadmium)

Dear Mr. Goyette:

Please find enclosed (1) **Mug** (Panda Frosted Mug) labeled as Evidence **#FC280.1.2**. We would like to determine the amount of **Lead** and **Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product. We are providing you with the entire product (intact) for which you will obtain a sufficient sample for testing, as follows:

(1)  Review the product and determine the best location on the product for which to obtain a sample for testing (i.e., an area representative of the decoration on the surface of the glass and/or an area with the least amount of excess glass);

(2)  Utilizing the appropriate tools, please break the product to obtain the desired sample;

(3)  If possible, please photograph and/or document the obtained sample prior testing;

(4)  Utilizing the appropriate test method, please test the sample for total lead and cadmium content; and

(5)  Please return all other pieces of the product to our custody;

The turnaround time requested is **24 hours**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

Please provide a copy of the test result, **case narrative** and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

Sincerely,

Joyce van Ginkel

SACRAMENTO
Wells Fargo Center
400 Capitol Mall, Suite 917
Sacramento, CA  95814
Telephone (916) 449-3905
Facsimile (916) 449-8258

CHICAGO
23 N. Lincoln, Suite 204
Chicago, IL  60521
Telephone (630) 789-6998
Facsimile (630) 214-0979

NEW CANAAN
71 Elm Street, Suite 8
New Canaan, CT  06840
Telephone (203) 966-9911
Facsimile (203) 801-5222

Page 47

# CHAIN OF CUSTODY

Page 1 of 3

**Curtis & Tompkins, Ltd.**
Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

Project No:

Project Name: PANDA FROSTED MUG

Project P.O.: FCA 1170

Turnaround Time: 24 HOURS

C&T LOGIN #:

Sampler:

Report To: Joyce Van Ginkel

Company: Hirst & Chanler

Telephone: (510) 848-8880 x 319

Fax: (510) 848-8322

Analyses

| Lab No. | Sample ID. | Sampling Date Time | Matrix Soil | Water | Waste | # of Containers | HCL | H₂SO₄ | HNO₃ | ICE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -3 | FC28012 (MUG) | | | | | | | | | | | | | | | | | | |
| -4 | | | | | | | | | | | | | | | | | | | |

Preservative

Received ☐ On Ice ☒ Intact
☐ Cold ☒ Ambient

RELINQUISHED BY: _____ 3 w.p. 3-14-06 DATE/TIME

RECEIVED BY: _____ 3-14-06 1630 DATE/TIME

DATE/TIME

DATE/TIME

DATE/TIME

DATE/TIME

Notes:

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

## Lead

| Lab #: | 185526 | Prep: | EPA 3050B |
|---|---|---|---|
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Sampled: | 03/14/06 |
| Matrix: | Miscell. | Received: | 03/14/06 |
| Units: | mg/Kg | Prepared: | 03/15/06 |
| Basis: | as received | Analyzed: | 03/16/06 |
| Batch#: | 111314 | | |

| Field ID | Type | Lab ID | Result | RL | Diln Fac |
|---|---|---|---|---|---|
| FC280.1.2 (MUG) | SAMPLE | 185526-003 | 1,500 | 0.56 | 10.00 |
| | BLANK | QC331529 | ND | 0.15 | 1.000 |

ND= Not Detected
RL= Reporting Limit
Page 1 of 1                                                                 4.0

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

Batch QC Report

| Lead | | | | |
|------|------|------|------|------|
| Lab #: | 185526 | | Prep: | EPA 3050B |
| Client: | Hirst & Chanler | | Analysis: | EPA 6010B |
| Project#: | STANDARD | | | |
| Analyte: | Lead | | Diln Fac: | 1.000 |
| Matrix: | Miscell. | | Batch#: | 111314 |
| Units: | mg/Kg | | Prepared: | 03/15/06 |
| Basis: | as received | | Analyzed: | 03/16/06 |

| Type | Lab ID | Spiked | Result | %REC | Limits | RPD | Lim |
|------|--------|--------|--------|------|--------|-----|-----|
| BS | QC331530 | 100.0 | 97.19 | 97 | 80-120 | | |
| BSD | QC331531 | 100.0 | 95.71 | 96 | 80-120 | 2 | 20 |

RPD= Relative Percent Difference



**Curtis & Tompkins, Ltd.**
*Analytical Laboratories, Since 1878*

## CASE NARRATIVE

Laboratory number:          **185526**
Client:                     **Hirst & Chanler**
Request Date:               **03/14/06**
Samples Received:           **03/14/06**


This hardcopy data package contains sample and QC results for nine wipe samples and eight glass samples, requested for the above referenced project on 03/14/06. The samples were received cold and intact.

**<u>Metals (EPA 6010B) Miscell.:</u>**
No analytical problems were encountered.

**<u>Metals (EPA 6010B) Wipe:</u>**
No analytical problems were encountered.

Page 1 of 1

10.0

# HIRST & CHANLER

ATTORNEYS AT LAW

2560 Ninth Street, Parker Plaza, Suite 214  Berkeley, CA  94710
Telephone (510) 848-8880   Facsimile (510) 848-8118

March 14, 2006

*Via Hand Delivery*

185526-004

Patricia Flynn
Project Manager
Curtis & Tompkins, Ltd.
2323 Fifth Street
Berkeley, CA  94710

Re:   Testing (Lead and Cadmium)

Dear Ms. Flynn:

Please find enclosed one (1) **Mug** (Panda Frosted Mug) labeled as **Evidence #FC280.1.3** and the accompanying Chain of Custody form.  We would like to determine the amount of **Lead and Cadmium** to which a consumer would be exposed during a reasonably foreseeable use and handling of the product.

Please perform a **WIPE TEST** on all decorated areas on the exterior surface of the product.  For this test, please utilize **ONLY 3 strokes**, as follows: 1 Vertical; Fold – 1 Horizontal; and Fold – 1 Vertical.  The turnaround time requested is **24 hours**.  If any of the above instructions requires further clarification or discussion, please contact our offices immediately.

Please provide a copy of the test result, case narrative and all supporting documentation via email (with the originals by mail to our offices in Berkeley).  We will contact you to make arrangements to pick up the product after the testing has been completed.  Thank you, in advance, for your assistance in this matter.

Sincerely,

Joyce van Ginkel

| SACRAMENTO | CHICAGO | NEW CANAAN |
| --- | --- | --- |
| Wells Fargo Center | 23 N. Lincoln, Suite 204 | 71 Elm Street, Suite 8 |
| 400 Capitol Mall, Suite 917 | Chicago, IL  60521 | New Canaan, CT  06840 |
| Sacramento, CA  95814 | Telephone (630) 789-6998 | Telephone (203) 966-9911 |
| Telephone (916) 449-3905 | Facsimile (630) 214-0979 | Facsimile (203) 801-5222 |
| Facsimile (916) 449-8258 | | |

# CHAIN OF CUSTODY

Page 1 of 3

**Curtis & Tompkins, Ltd.**

Analytical Laboratory Since 1878
2323 Fifth Street
Berkeley, CA 94710
(510)486-0900 Phone
(510)486-0532 Fax

C&T LOGIN # _____

**Sampler:**

**Report To:** Joyce Van Ginkel

**Company:** Hirst & Chanler

**Telephone:** (510) 848-8880 x 319

**Fax:** (510) 848-8322

Project No:

**Project Name:** PANDA FROSTED MUG

**Project P.O.:** FCA 1170

**Turnaround Time:** 24 HOURS

| Lab No. | Sample ID. | Sampling Date Time | Matrix Soil | Water | Waste | # of Containers | HCL | H₂SO₄ | HNO₃ | ICE | Analyses |
|---------|-----------|--------------------|------|-------|-------|-----------------|-----|-------|------|-----|----------|
| -3 | | | | | | | | | | | |
| -4 | FC280.13 (MUG) | | | | | | | | | | |

Preservative

Matrix

**Notes:**

Received  ☐ On Ice  
☐ Cold  ☒ Ambient  ☒ Intact

| RELINQUISHED BY: | DATE/TIME | RECEIVED BY: | DATE/TIME |
|------------------|-----------|--------------|-----------|
| 3 ~ p | 3·14·06 | | 3-14-06 1630 |
| | DATE/TIME | | DATE/TIME |
| | DATE/TIME | | DATE/TIME |



## Lead

| Lab #: | 185526 | Prep: | N7300 |
|---|---|---|---|
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Sampled: | 03/14/06 |
| Matrix: | Wipe | Received: | 03/14/06 |
| Units: | ug/s | Prepared: | 03/15/06 |
| Diln Fac: | 1.000 | Analyzed: | 03/15/06 |
| Batch#: | 111312 | | |

| Field ID | Type | Lab ID | Result | RL |
|---|---|---|---|---|
| FC280.1.3 (MUG) | SAMPLE | 185526-004 | 3.0 | 0.15 |
| | BLANK | QC331523 | ND | 0.15 |

ND= Not Detected
RL= Reporting Limit



Batch QC Report

| | Lead | | |
|---|---|---|---|
| Lab #: | 185526 | Prep: | N7300 |
| Client: | Hirst & Chanler | Analysis: | EPA 6010B |
| Project#: | STANDARD | | |
| Analyte: | Lead | Batch#: | 111312 |
| Matrix: | Wipe | Prepared: | 03/15/06 |
| Units: | ug/s | Analyzed: | 03/15/06 |
| Diln Fac: | 1.000 | | |

| Type | Lab ID | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|
| BS | QC331524 | 100.0 | 99.46 | 99 | 80-120 | | |
| BSD | QC331525 | 100.0 | 98.44 | 98 | 80-120 | 1 | 20 |

RPD= Relative Percent Difference



**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

## CASE NARRATIVE

| | |
|---|---|
| Laboratory number: | **185526** |
| Client: | **Hirst & Chanler** |
| Request Date: | **03/14/06** |
| Samples Received: | **03/14/06** |

This hardcopy data package contains sample and QC results for nine wipe samples and eight glass samples, requested for the above referenced project on 03/14/06. The samples were received cold and intact.

**<u>Metals (EPA 6010B) Miscell.:</u>**
No analytical problems were encountered.

**<u>Metals (EPA 6010B) Wipe:</u>**
No analytical problems were encountered.

Page 1 of 1

10.0