IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL.<br>RUSSELL BRIMER and<br>WHITNEY LEEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, Inc., et al.,<br><br>Defendants. | Civ. No. 06-00953 (JDB)<br>UNDER SEAL |

## NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

In its last Order, the Court indicated that the Government must make its intervention decision on or before October 31, 2007, and that no further extensions of time would be granted. On October 31, 2007, the Government filed a notice with the Court indicating that it had submitted an authority memo to officials at the Department of Justice and anticipated notifying the court of its decision within the next two weeks. At this time, the Government is not able to notify the court of a decision whether or not it intends to intervene. As it turns out, the Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the

Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        United States Attorney

        RUDOLPH CONTRERAS, D.C. BAR # 434122
        LAURIE WEINSTEIN, D.C. Bar #389511
        Assistant United States Attorneys
        555 4th Street, N.W., E4820
        Washington, D.C. 20530
        (202) 514-7133

                                          JOYCE R. BRANDA
                                          PATRICIA R. DAVIS
                                          RACHEL B. IRISH
                                          Attorneys, U.S. Department of Justice
                                          P.O. Box 261, Ben Franklin Station
                                          Washington, D.C. 20044
                                          (202) 307-5928

Date: November 15, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November 2007, a true and correct copy of the above and foregoing Government's Notice of Election to Decline Intervention and proposed Order was mailed by first-class mail to:

Michael Hirst, Esq.
Clifford Chandler
Hirst & Chandler LLP
Wells Fargo Center
400 Capitol Mall, Suite 900
Sacramento, CA 95814

Mark E. Nagle, Esq.
Troutman Sanders LLP
401 9 th Street, NW
Suite 1000
Washington, DC 20004-2134

LAURIE WEINSTEIN
Assistant United States Attorney
555 Fourth Street, N.W., E-4820
Washington, D.C. 20530
(202) 514-7133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL.<br>RUSSELL BRIMER and<br>WHITNEY LEEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, Inc., et al.,<br><br>Defendants. | Civ. No. 06-00953 (JDB)<br>UNDER SEAL |

### ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court will be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

**Copies to:**

Laurie Weinstein
Assistant U.S. Attorney
555 4th Street, N.W., E 4820
Washington, D.C. 20530

Rachel B. Irish
Attorney, U.S. Department of Justice
Commercial Litigation
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

Michael Hirst, Esq.
Clifford Chandler
Hirst & Chandler LLP
Wells Fargo Center
400 Capitol Mall, Suite 900
Sacramento, CA 95814

Mark E. Nagle, Esq.
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134