**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>EX</u> <u>REL.</u><br>   RUSSELL BRIMER and<br> WHITNEY LEEMAN,<br><br>         Plaintiffs,<br><br>         v.<br><br> ANHEUSER-BUSCH COMPANIES, Inc., et al.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civ. No. 06-00953 (JDB)**
<u>UNDER SEAL</u>

FILED

DEC 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## <u>ORDER</u>

The United States having not intervened in this action pursuant to the False Claims Act,

31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.  the Complaint be unsealed and served upon the defendant by the relator;

2.  all other contents of the Court's file in this action remain under seal and not be made

public or served upon the defendant, except for this Order and the Notice Of The United States

That It Is Not Intervening At This Time, which the relator will serve upon the defendant only

after service of the complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this

Order;

4.  the parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The

United States may order any deposition transcripts and is entitled to intervene in this action, for

good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court will be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,


This __7ᵗʰ__ day of _December_, 2007.



_____
UNITED STATES DISTRICT COURT JUDGE


**Copies to**:

Laurie Weinstein
Assistant U.S. Attorney
555 4ᵗʰ Street, N.W., E 4820
Washington, D.C. 20530

Rachel B. Irish
Attorney, U.S. Department of Justice
Commercial Litigation
P.O. Box 261, Ben Franklin Station
Washington, D.C.  20044

Michael Hirst, Esq.
Clifford Chandler
Hirst & Chandler LLP
Wells Fargo Center
400 Capitol Mall, Suite 900
Sacramento, CA 95814

Mark E. Nagle, Esq.
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134