UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. RUSSELL BRIMER AND<br>WHTNEY LEEMAN,<br><br>   Plaintiffs,<br><br>ANHEUSER-BUSCH COMPANIES, Inc.,<br>et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-00953 (JDB)<br>)  <u>UNDER SEAL</u><br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), all claims against defendant Anheuser-Busch Companies are hereby dismissed, such defendant having not answered or filed a motion for summary judgment.

        Respectfully submitted,

        _____
        Mark E. Nagle, Bar No. 416364
        Troutman Sanders LLP
        401 9th Street, N.W.
        Washington, D.C. 20004
        (202) 274-2972

        Michael Hirst
        Clifford Chandler
        Hirst & Chandler LLP
        Wells Fargo Center
        400 Capitol Mall, Ste. 900
        Sacramento, CA 94814

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Notice of Dismissal was made by mailing a copy thereof, postage prepaid, to:

> Laurie Weinstein
> Assistant United States Attorney
> 555 4th Street, N.W. Rm. E4820
> Washington, D.C. 20530
>
> and
>
> Rachel Irish
> U.S. Department of Justice
> P.O. Box 261, Ben Franklin Station
> Washington, D.C. 20044

on this ___ day of January, 2008.

_____
Mark E. Nagle
Troutman Sanders LLP
401 9th Street, N.W.
Washington, D.C. 20004