IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RUSSELL BRIMER and WHITNEY LEEMAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARAMARK CORPORATION, *et al.*<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No. 06-00953 (JDB)**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Realtors Russell Brimer and Whitney Leeman ("Relators"), by their undersigned attorneys, respectfully file an Amended Certificate of Service showing service by mail on January 16, 2008, of the Notice of Dismissal filed January 14, 2008.

        Respectfully submitted,

        TROUTMAN & SANDERS LLP

        By: /s/ Mark E. Nagle
          Mark E. Nagle, Esq.
          D.C. Bar No. 416364
          Troutman Sanders LLP
          401 Ninth Street, NW, Suite 1000
          Washington, D.C. 20004-2134
          Tel: (202) 274-2950
          Fax: (202) 274-2994

        Michael A. Hirst, Esq.
        Clifford A. Chanler, Esq.
        Hirst & Chanler LLP
        455 Capitol Mall, Suite 605
        Sacramento, CA 95814
        Phone: (916) 443-6100
        Fax:   (916) 443-6700

        Attorneys for Relators
        Whitney Leeman and Russell Brimer

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of January 2008, a true copy of the foregoing Notice of Filing of Amended Certificate of Service was served via U.S. mail, postage prepaid to:

Laurie Weinstein
Assistant United States Attorney
555 4th St., N.W., Rm E4820
Washington, D.C. 20530


Rachel B. Irish
Attorneys, U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

         /s/ Mark E. Nagle
        Mark Nagle
        Troutman Sanders LLP
        401 9th Street, N.W.
        Washington, D.C. 20004
        (202) 274-2972