## AMENDED CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Dismissal was made by

mailing a copy thereof, postage prepaid, to:

Laurie Weinstein
Assistant United States Attorney
555 4th Street, N.W. Rm. E4820
Washington, D.C. 20530

and

Rachel Irish
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

on this 16th  day of January, 2008.

 /s/  Mark E. Nagle
Mark E. Nagle
Troutman Sanders LLP
401 9th Street, N.W.
Washington, D.C. 20004