IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* RUSSELL BRIMER and<br>WHITNEY LEEMAN,<br><br>            Plaintiffs,<br><br>      v.<br><br>ARAMARK CORPORATION, *et al.*<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 06-00953 (JDB)<br>)<br>)<br>)<br>)<br>) |

## RELATORS' MEMORANDUM CONCERNING SERVICE AND CASE STATUS

In response to the Court's Order dated January 23, 2008, relators, by their counsel, respectfully inform the Court that they are conferring with counsel for certain defendants regarding the possibility of resolving the claims against those defendants. Relators will proceed with service of process based upon the progress of these discussions and mindful of the time requirements in the Federal Rules of Civil Procedure.

Relators respectfully note that the Court's Order of December 10, 2007 unsealed the original Complaint and not the Amended Complaint; the latter is the operative pleading in the case. Relators are unable to serve the Amended Complaint until the seal is removed, and therefore respectfully request that the Amended Complaint be unsealed. Counsel for the United States has been contacted to ascertain the Government's position on the unsealing of the Amended Complaint, but has not responded as of the date of this filing.

Relators further report, however, that they continue to communicate with the United States regarding the Government's ongoing investigation.

        Respectfully submitted,

    /s/ Mark E. Nagle
Mark E. Nagle, Esq.
D.C. Bar No. 416364
Tameka M. Collier, Esq.
D.C. Bar No. 488979
Troutman Sanders LLP
401 Ninth Street, NW, Suite 1000
Washington, D.C. 20004-2134
Tel: (202) 274-2950
Fax: (202) 274-2994

Michael A. Hirst, Esq.
Clifford A. Chanler, Esq.
Hirst & Chanler LLP
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Phone: (916) 443-6100
Fax:  (916) 443-6700

Attorneys for Relators
Whitney Leeman and Russell Brimer

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of February 2008, a true copy of the foregoing was served via CM/ECF electronic delivery and U.S. mail, postage prepaid to:

Laurie Weinstein
Assistant United States Attorney
555 4th St., N.W., Rm E4820
Washington, D.C. 20530

Michael F. Hertz
Patricia R. Davis
Rachel B. Irish
Attorneys, U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

                                                            /s/ Mark E. Nagle

*1083902*