IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* RUSSELL BRIMER and )<br>WHITNEY LEEMAN, )<br>    )<br>            Plaintiffs, )<br>    )<br>    v. ) | Civil Action No. 06-00953 (JDB) |
| )<br>ARAMARK CORPORATION, *et al*. )<br>    )<br>            Defendants. )<br>_____ ) | |

## RELATORS' STATUS REPORT

This Court's Order of February 26, 2008, directed relators to apprise the Court by April 25, 2008 of the status of the case and of service on defendants. Relators respectfully inform the Court that they have continued discussions with counsel for certain defendants since relators' previous filing, and accordingly have not yet perfected service on defendants. Relators will provide additional information to the Court on or before May 9, 2008.

    Respectfully submitted,

     /s/ Mark E. Nagle
    Mark E. Nagle, Esq.
    D.C. Bar No. 416364
    Tameka M. Collier, Esq.
    D.C. Bar No. 488979
    Troutman Sanders LLP
    401 Ninth Street, NW, Suite 1000
    Washington, D.C. 20004-2134
    Tel: (202) 274-2950
    Fax: (202) 274-2994

2

Michael A. Hirst, Esq.
Clifford A. Chanler, Esq.
Hirst & Chanler LLP
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Phone: (916) 443-6100
Fax:   (916) 443-6700

Attorneys for Relators
Whitney Leeman and Russell Brimer

Case 1:06-cv-00953-JDB     Document 20     Filed 04/23/2008     Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2008, a true copy of the foregoing was served via CM/ECF electronic delivery and U.S. mail, postage prepaid to:

Laurie Weinstein
Assistant United States Attorney
555 4th St., N.W., Rm E4820
Washington, D.C. 20530

Michael F. Hertz
Patricia R. Davis
Rachel B. Irish
Attorneys, U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Nagle