## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* RUSSELL BRIMER and | ) | |
| WHITNEY LEEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-00953 (JDB)** |
| | ) | |
| ARAMARK CORPORATION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RELATORS' STATUS REPORT

Relators, by their counsel, respectfully inform the Court that inasmuch as counsel for the United States has informed this Court and relators that the government's investigation is continuing, relators have come to the view that dismissal of this action without prejudice is the best course of action at this time. Pursuant to 37 U.S.C. §3730(b)(1), relators by this filing request the government's written consent to such a dismissal.

Respectfully submitted,

_/s/ Mark E. Nagle_____
Mark E. Nagle, Esq.
D.C. Bar No. 416364
Tameka M. Collier, Esq.
D.C. Bar No. 488979
Troutman Sanders LLP
401 Ninth Street, NW, Suite 1000
Washington, D.C. 20004-2134
Tel: (202) 274-2950
Fax: (202) 274-2994

Michael A. Hirst, Esq.
Clifford A. Chanler, Esq.
Hirst & Chanler LLP
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Phone: (916) 443-6100
Fax:   (916) 443-6700

Attorneys for Relators
Whitney Leeman and Russell Brimer

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th  day of May 2008, a true copy of the foregoing was served via CM/ECF electronic delivery and U.S. mail, postage prepaid to:

Laurie Weinstein
Assistant United States Attorney
555 4th St., N.W., Rm E4820
Washington, D.C. 20530

Michael F. Hertz
Patricia R. Davis
Rachel B. Irish
Attorneys, U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

___/s/ Mark E. Nagle_____